UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO GENERAL INSURANCE COMPANY
as subrogee of WALTER SWAN,

    Plaintiff,

v.                                                                                   Case No. _____

HERTZ VEHICLES LLC and
JOHN ROBERT TAYLOR,

    Defendants.
_____/

## NOTICE OF REMOVAL

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

PLEASE TAKE NOTICE that the United States of America on behalf of defendant John Robert Taylor hereby removes the case captioned <u>Geico Gen. Ins. Co. v. Hertz Vehicles LLC, et al</u>, Case No. 18-007916-CI, (Fla. 6th Cir. Ct. 2018), to the United States District Court, Middle District of Florida.  In support thereof, the United States shows as follows:

    1.    On December 5, 2018, Plaintiff Geico General Insurance Company, as subrogee of Walter Swan, filed a complaint in the Sixth Judicial Circuit Court for Pinellas County, Florida, against Defendants John Robert Taylor and Hertz Vehicles LLC (collectively "the Defendants") (Case No. 18-007916-CI).  In its complaint, Plaintiff seeks reimbursement from the Defendants, the alleged tortfeasors, in the amount of $28,500.00 for payments purportedly made under its uninsured motorist coverage to Walter Swan.

2. Upon information, Mr. Taylor was served a copy of the Complaint and Summons on January 12, 2019. A true and correct copy of the Complaint and all process served is attached hereto as Exhibit 1, as required by 28 U.S.C. § 1446(a).

3. Upon information and at all times relevant to this matter, Mr. Thomas was on active duty as a Lieutenant Commander (LCDR) with the United States Coast Guard on official travel orders and was driving a rented motor vehicle pursuant to a United States Government Rental Car Agreement.

4. Removal of this action is authorized under 28 U.S.C. §§ 1441(a), 1442(a)(1), and 2679(d)(1) and (2), which permit removal of an action against an officer of the United States in an official or individual capacity for or relating to an act under color of such office.

5. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1346(b)(1) and 1442(a)(1).

6. Removal is timely under 28 U.S.C. § 1446(b).

7. Pursuant to Local Rule 4.02(b), Middle District of Florida, a copy of the contents of the Circuit Court docket will be filed with the Court contemporaneously with this Notice.

8. A copy of this Notice will be filed with the Clerk of the Sixth Judicial Circuit Court, Pinellas County, Florida, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the United States on behalf of John Robert Taylor hereby removes the case captioned <u>Geico Gen. Ins. Co. v. Hertz Vehicles LLC, et al</u>, Case No. 18-007916-CI, (Fla. 6th Cir. Ct. 2018), to the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1441, 1442, 1446, and 2679(d).

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

By:   *s/ Joseph M. Tompkins*
    JOSEPH M. TOMPKINS
    Assistant United States Attorney
    Florida Bar No. 0112226
    400 North Tampa St., Suite 3200
    Tampa, FL  33602
    Telephone No. (813) 274-6000
    Facsimile No. (813) 274-6198
    E-mail: Joseph.Tompkins@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 30, 2018, a copy of the foregoing was filed with the Court using the Court's CM/ECF filing system.

    *s/ Joseph M. Tompkins*
    JOSEPH M. TOMPKINS
    Assistant United States Attorney