Filing # 81653416 E-Filed 12/05/2018 11:09:42 AM

IN THE CIRCUIT COURT FOR THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

GEICO GENERAL INSURANCE COMPANY
as subrogee of WALTER SWAN,

    Plaintiff,

-vs-

CASE NO.:

HERTZ VEHICLES LLC and
JOHN ROBERT TAYLOR,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To all and Singular Sheriffs of said State:
    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

**DEFENDANT**
**JOHN ROBERT TAYLOR**
**1922 2ND AVENUE, APT. 15**
**SAN DIEGO, CA 92101**

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).
    If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff's Attorney" named below.
    Plaintiff's Attorney: Bruce H. Schiller, Esq., Law Office of Yates and Schiller, P.A., 7900 Glades Road, Suite 405, Boca Raton, FL 33434; Designated email address for pleadings only: pleadings@yatesandschiller.com

    WITNESS my hand and seal of said Court on _____ DEC 06 2018 _____, 2018

As Clerk of said Court

By: *alicia prietz*
As Deputy Clerk
KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

YS33079

IN THE CIRCUIT COURT FOR THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

GEICO GENERAL INSURANCE COMPANY
as subrogee of WALTER SWAN,

    Plaintiff,                                      CASE NO.:

-vs-

HERTZ VEHICLES LLC and
JOHN ROBERT TAYLOR,

    Defendants.
_____/

## COMPLAINT

Plaintiff, GEICO GENERAL INSURANCE COMPANY as subrogee of WALTER SWAN sues Defendants, HERTZ VEHICLES LLC and JOHN ROBERT TAYLOR, for $28,500.00 as Damages, and would allege:

1. This is an action for damages greater than $15,000.00.
2. At all times material hereto, WALTER SWAN was insured by Plaintiff a corporation duly licensed to transact the business of insurance in and about the State of Florida.
3. Defendant JOHN ROBERT TAYLOR is a resident of the State of Florida, or alternatively, Defendant JOHN ROBERT TAYLOR is concealing himself within the State of Florida or is a non-residents of the State of Florida who accepted the privilege by Florida law to nonresidents of operating a motor vehicle and by operation of the motor vehicle in person thereby constituted the Secretary of State of Florida as the Defendant's agent for the service of process in a civil action in Florida arising out of or by reason of any accident or collision occurring within Florida in which the motor vehicle is involved according to Florida Statute ss 48.171.
4. On or about NOVEMBER 8, 2013, Defendant HERTZ VEHICLES LLC owned a motor vehicle that was operated by Defendant JOHN ROBERT TAYLOR with HERTZ VEHICLES LLC's permission.
5. On or about NOVEMBER 8, 2013, Defendant, JOHN ROBERT TAYLOR, operated the vehicle in such a negligent and careless manner that a collision occurred in PINELLAS County, Florida causing bodily injuries to WALTER SWAN.
6. Defendant, JOHN ROBERT TAYLOR, owed the insured a duty of care while operating the motor vehicle.
7. Defendant, JOHN ROBERT TAYLOR, breached said duty of care by causing the subject motor vehicle accident.
8. At said time and place, there was a policy of insurance issued by Plaintiff which covered the aforementioned damages.
9. On November 14, 2017, pursuant to the Plaintiff insured's uninsured motorist policy and in accordance with Florida Statute Section 627.727, the Plaintiff paid to WALTER SWAN the sum of $28,500.00 in damages for uninsured motorist coverage and Plaintiff is entitled to subrogation.

10. Defendants owe Plaintiff $28,500.00 for these damages.
11. All conditions precedent to this action have occurred, been met or been waived.

WHEREFORE, Plaintiff demands Judgment against Defendants, HERTZ VEHICLES LLC and JOHN ROBERT TAYLOR, for $28,500.00 in damages, plus interest and costs.

> LAW OFFICE OF YATES & SCHILLER, P.A.
> 7900 Glades Road, Suite 405
> Boca Raton, Florida 33434
> Designated email address for pleadings only:
> pleadings@yatesandschiller.com
> Phone: 561-477-7729
> Fax:     561-477-7731
>
> By:    s / Bruce H. Schiller, Esq.
>        JULIE E. YATES, Esq.
>        FBN: 989053
>        BRUCE H. SCHILLER, Esq.
>        FBN: 982725

YS33079