UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO GENERAL INSURANCE COMPANY
as subrogee of WALTER SWAN,

     Plaintiff,

v.                                  Case No. 8:19-CV-240

HERTZ VEHICLES LLC and
JOHN ROBERT TAYLOR,

     Defendants.

_____/

## MOTION TO DISMISS JOHN ROBERT TAYLOR AND SUBSTITUTE THE UNITED STATES AS DEFENDANT

The United States of America, by and through the United States Attorney for the Middle District of Florida and the undersigned Assistant United States Attorney, without waiving any defenses to this action, including lack of jurisdiction and failure to state a claim upon which relief can be granted, hereby moves this Court, pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2), to dismiss the Defendant, John Robert Taylor, and substitute the United States of America in his place as Defendant.  In support, the United States submits the following:

     1.     In its complaint (Doc. 1, "Complaint"), Plaintiff, an insurer, appears to raise a subrogation claim rooted in negligence against Lieutenant Commander (LCDR) John Taylor, who was acting within the course and scope of his federal

1

employment as an officer of the United States Coast Guard at all times material to the Complaint.

2.      The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (1988) ("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment.  28 U.S.C. § 2679(b)(1).  The claim for reimbursement alleged in the Plaintiff's Complaint fall within this provision.

3.      Section 6 of the Federal Employees Liability Reform and Tort Compensation Act provides that upon certification by the Attorney General that a federal employee was acting within the scope of his or her office or employment at the time of the incident out of which a state law claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2).  Certification authority has been delegated to the United States Attorney.  28 C.F.R. § 15.4.

4.      The United States Attorney for the Middle District of Florida, Maria Chapa Lopez ("U.S. Attorney"), has certified that LCDR John Taylor is deemed an

2

employee of the United States of America with respect to the actions or omissions

that are the subject of this civil action, and that LCDR John Taylor was acting

within the scope of his employment with the United States at the time of the alleged

incidents out of which the plaintiff's purported claim(s) arose.  The U.S. Attorney's

certification is attached as Exhibit A.

      5.      Pursuant to the provisions of 28 U.S.C. § 2679(d)(2), the effect of the

certification is that this civil action is now deemed to be an action brought against the

United States under the FTCA.  Accordingly, LCDR John Taylor should be

dismissed from this action and the United States substituted as the party Defendant

in his place with respect to the causes of action alleged in the Complaint.

      6.      Pursuant to Local Rule 3.01(g), the undersigned counsel attempted to

contact Plaintiff's counsel by phone on February 6, 2019, regarding the relief

requested in this motion.  Through no fault of Plaintiff's counsel, no response was

received.  The undersigned will keep the Court apprised of counsel's response.

WHEREFORE, the United States respectfully requests that this Court issue an order dismissing the Defendant, LCDR John Robert Taylor, and substituting the United States of America as the defendant in his place.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    *s/ Joseph M. Tompkins*
JOSEPH M. TOMPKINS
Assistant United States Attorney
Florida Bar No. 0112226
400 North Tampa St., Suite 3200
Tampa, FL  33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6198
E-mail:  Joseph.Tompkins@usdoj.gov

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2019, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF filing system.

**I FURTHER HEREBY CERTIFY** that on February 6, 2019, I mailed a true copy of the foregoing Motion to Dismiss John Robert Taylor and Substitute the United States as Defendant, first class postage prepaid, to:

Bruce H. Schiller, Esq.
Law Office of Yates & Schiller, PA
7900 Glades Rd., Suite 405
Boca Raton, FL 33434

*s/ Joseph M. Tompkins*
JOSEPH M. TOMPKINS
Assistant United States Attorney