UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO GENERAL INSURANCE
COMPANY,

    Plaintiff,

v.                                          Case No: 8:19-cv-240-T-36CPT

HERTZ VEHICLES, LLC and UNITED
STATES,

    Defendants.
_____/

## **O R D E R**

Before the Court is Defendant United States of America's Unopposed Motion to Dismiss and Memorandum of Law (Doc. 14).  In accord with Defendant United States of America's Unopposed Motion to Dismiss and Memorandum of Law, it is **ORDERED AND ADJUDGED** as follows:

    1)    Defendant United States of America's Unopposed Motion to Dismiss and Memorandum of Law is **GRANTED** (Doc. 14).

    2)    Plaintiff's claims against the United States of America, only, are dismissed, with prejudice because Plaintiff failed to exhaust his administrative remedies, as required by the Federal Tort Claims Act, prior to filing suit by presenting a claim to the United States Coast Guard.

    3)    The Clerk is directed to terminate the United States of America as a party to this case.

**DONE AND ORDERED** in Tampa, Florida on March 14, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record