UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO GENERAL INSURANCE
COMPANY,

    Plaintiff,

v.                                          Case No: 8:19-cv-240-T-36CPT

HERTZ VEHICLES, LLC,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court upon review of the file. On May 9, 2019, the Court entered an Order to Show Cause directing Plaintiff to show cause by a written response filed by May 16, 2019 indicating why the complaint against the above-named Defendant should not be dismissed, without prejudice, for failure to effect service. *See* Doc. 16. Plaintiff was further advised that failure to respond will result in dismissal of this action, without prejudice, without further notice. To date, Plaintiff has not filed a response nor has Plaintiff filed a motion for an extension of time in which to do so. Therefore, it is ORDERED AND ADJUDGED as follows:

    1)    This cause is dismissed.

    2)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on June 12, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record